**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CRAIG KANTOR & SUDHA KANTOR, | No. 10-4713 (LS) |
| Plaintiffs, | |
| vs. | |
| EDUARDO RUCHELLI and H. ROYER SMITH, and JOHN DOE, | Civil Action |
| Defendants. | **VOLUNTARY DISMISSAL** |

Pursuant to <u>Fed. R. Civ. P.</u> 4(a)(1), the Plaintiffs, Craig Kantor and Sudha Kantor, by their counsel, Scott M. Wilhelm, Esq., hereby voluntarily dismiss the above-referenced action.

**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**

*/s/ Scott M. Wilhelm*
SCOTT M. WILHELM, ESQ.
I.D. 77195
305 Roseberry Street, P.O. Box 800
Phillipsburg, NJ  08865
Telephone:  (908) 454-3200
Facsimile:  (908) 454-3322
wihelms@verizon.net
***Attorneys for Plaintiffs***

DATED:  December 30, 2010